## JOHN SILVA, Respondent, v. HENRY DOBBLE, Appellant.

### No. 6785; January 20, 1881.

**Farming on Shares—Withholding Proceeds—Demand.**—Of persons working a farm on shares the claim of one for his share of the profits against the other who has absorbed them all may be put into suit without a preliminary demand.

APPEAL from Third Judicial District, Alameda County.

The parties to this action farmed a tract of land in Alameda county on shares, the land being owned by defendant. A commission merchant firm in San Francisco acted as agent of both parties. Defendant, with consent of plaintiff, shipped the entire crop of 1876 to the agent for sale; but after the shipment defendant instructed the agent to place the entire proceeds to his (defendant's) credit, which was accordingly done. This action was for the share of the proceeds of the sale belonging to the plaintiff. The only defense made was that there had been no demand made upon defendant before the commencement of the action. Judgment for plaintiff; defendant appealed.

E. F. Head and H. Kincaid for appellant; N. Hamilton and W. P. Wiggin for respondent.

By the COURT.—We see no error in the record in this case. The judgment and order are affirmed.